IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY R. BARRON, F73020, | ) | |
| Petitioner, | ) | No. C 15-3157 CRB (PR) |
| vs. | ) | ORDER |
| CLARK E. DUCART, Warden, | ) | (Dkt. #14 & 20) |
| Respondent. | ) | |

Petitioner has filed a request for entry of default on the ground that respondent did not file a response to the court's order to show cause why a writ of habeas corpus should not be granted by December 18, 2015, as directed by the court. Petitioner's request (dkt. #20) is DENIED.

The docket shows that respondent filed a motion to dismiss the petition for a writ of habeas corpus as untimely on December 18, 2015 (see dkt. #18) and served a copy on petitioner at his then address of record at Pelican Bay State Prison (PBSP). But because petitioner was transferred from PBSP to Pleasant Valley State Prison (PVSP) around that same time it appears that he did not receive a copy of respondent's motion to dismiss. Good cause appearing therefor, respondent shall serve another copy of the motion to dismiss on petitioner at his new address of record at PVSP within five (5) days of this order. Plaintiff shall file an opposition, or notice of non-opposition, to the motion to dismiss by no later than February 19, 2016, and respondent shall file a reply to any opposition within 14 days of the filing of the opposition.

Petitioner's application (dkt. #14) for release during the pendency of this federal habeas proceeding is DENIED.  See Land v. Deeds, 878 F.2d 318, 318-9 (9th Cir. 1989) (district court may release state prisoner on bail pending resolution of federal habeas proceeding only in extraordinary cases involving special circumstances or a high probability of success) (citing Aronson v. May, 85 S. Ct. 3, 5 (1964) (requiring both exceptional circumstances and high probability of success)).

SO ORDERED.

DATED:  Jan. 11, 2015

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.15\Barron, A.15-3157.or1.wpd