IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. BARRON, F73020, ) | |
| ) | |
| Petitioner, ) | No. C 15-3157 CRB (PR) |
| ) | |
| vs. ) | ORDER |
| ) | |
| CLARK E. DUCART, Warden, ) | |
| ) | |
| Respondent. ) | |
| ) | |

On February 1, 2016, petitioner filed an opposition to respondent's motion to dismiss the petition for a writ of habeas corpus as untimely. Respondent shall file a reply to petitioner's opposition by no later than April 22, 2016.

SO ORDERED.

DATED: 4/1/2016

CHARLES R. BREYER
United States District Judge

N:\Barron, A.15-3157.or2.wpd